IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA BROWN                                                   PLAINTIFF

   v.                          CIVIL NO. 12-2327

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                DEFENDANT

# O R D E R

On this 16th day of October 2013, the court has before it for consideration Plaintiff's request for attorney's fees and costs (doc. 18) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, on September 20, 2013, the court finds that Plaintiff's Motion (doc. 18) should be GRANTED, the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of **$3,452.50.**

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              HONORABLE ROBERT T. DAWSON
                                              UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.